UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARL WILLIAMS,<br>      Plaintiff | § <br>§<br>§ | |
| vs. | § <br>§ | CIVIL ACTION NO. 4:09-cv-1585 |
| PALISADES COLLECTION, LLC,<br>      Defendant | § <br>§<br>§ | JURY DEMAND |

## AGREED ORDER DISMISSING WITH PREJUDICE

On this day, the parties presented this order to the Court. As the parties have agreed to the entry of this Order, as evidenced by the signatures of their attorneys, below, the Court is of the opinion that this order should be entered as requested.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the above-entitled and numbered action and all matters pertaining thereto be, and is hereby dismissed with prejudice.

All relief not granted expressly herein is expressly denied. This Order disposes of all issues and all parties and is final and appealable.

All costs of court are hereby taxed against the party incurring same.

SIGNED this _____ day of _____, 2009.

_____
JUDGE PRESIDING

AGREED:

 /s/ Dana Karni                              /s/ Ed Walton
Dana Karni                                  Ed Walton
Attorney for Plaintiff                      Attorney for Defendant