UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Carl Williams, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| **versus** | § | Civil Action H-09-1585 |
| | § | |
| Palisades Collection, LLC, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

Under the stipulation of dismissal, this case is dismissed with prejudice; costs of court will be paid by the party incurring them.

Signed on August 25, 2009, at Houston, Texas.

Lynn N. Hughes   USDJ
United States District Judge